# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:09 CV 292

| | |
|---|---|
| RUTHERFORD COUNTY, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| V ) | **ORDER** |
| ) | |
| BOND SAFEGUARD INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendant ) | |

**THIS MATTER** is before the court on Matthew E. Cox's Application for Admission to Practice *Pro Hac Vice* of Monique F. Marchioni. It appearing that Monique F. Marchioni is a member in good standing with the New York Bar and will be appearing with Matthew E. Cox , a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Matthew E. Cox's Application for Admission to Practice *Pro Hac Vice* (#56) of Monique F. Marchioni is **GRANTED**, and that Monique F. Marchioni is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Matthew E. Cox.

Signed: August 9, 2011

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge